| Statement of Earnings For: | **Robert E. Piazza** | | | | | | | **Habitat for Humanity of Bucks County** | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee #: 177 | | Department 200 | | Period Begin: 7/8/2024 | | Check Date: 7/26/2024 | | 539 Jacksonville Rd | | |
| Clock Number: | | Sub- 2 | | Period End: 7/21/2024 | | Pay Type: Hourly | | Ste 100 | | |
| Company Id: 4600 | | Federal Filing: Head of | | Exemptions: | | Additional Tax: | | Warminster, PA 18974 | | |
| | | State Filing: | | Exemptions: | | Additional Tax: | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V10215312 | $0.00 | $2,864.33 | $2,103.54 | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| OT - Overtime | 50.5500 | 3.33 | 168.33 | 7.31 | 362.29 | SOC SEC EE | 175.84 | 2,465.79 | Health Pre-tax | 52.82 | 721.45 |
| *Dental Pre-Tax | | | 12.05 | 0.00 | 177.82 | MED EE | 41.13 | 576.68 | Dental Pre-tax | 1.80 | 28.56 |
| *LTD ER | | | 1.90 | 0.00 | 24.74 | FEDERAL WH | 226.53 | 3,050.12 | 401K | 0.00 | 127.20 |
| Regular | 33.7000 | 80.00 | 2,696.00 | 1,101.79 | 36,557.39 | PA WH | 87.07 | 1,220.97 | 401K Roth | 143.22 | 1,879.04 |
| *Medical Pre-Tax | | | 299.32 | 0.00 | 4,054.52 | WARMINSTER | 28.36 | 397.69 | | | |
| *Other Rate - Ta | | | 37.28 | 0.00 | 521.92 | PA SUI EE | 2.02 | 28.36 | | | |
| *Vision Pre-Tax | | | 3.40 | 0.00 | 10.20 | WARMINSTER | 2.00 | 30.00 | | | |
| Auto - Fringe | | | 26.42 | 0.00 | 396.30 | | | | | | |
| Vac | | | 0.00 | 40.00 | 1,348.00 | | | | | | |
| Sick | | | 0.00 | 16.00 | 539.20 | | | | | | |
| Holiday | | | 0.00 | 32.00 | 1,048.00 | | | | | | |
| Retro Pay | | | 0.00 | 8.00 | 269.60 | | | | | | |
| **Total:** | | 83.33 | 2,890.75 | 1,205.10 | 40,520.78 | **Total:** | 562.95 | 7,769.61 | **Total:** | 197.84 | 2,756.25 |

| LEAVE ACCRUAL | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|
| Accrual Type | Accrued | Taken | Balance | Checking | Account: ####7836 | Deposit Amount: | 2,103.54 |
| Floating Holiday | 0.00 | 0.00 | 16.00 | | | | |
| Vacation FT | 4.62 | 0.00 | 70.00 | | | | |
| Sick FT | 1.85 | 0.00 | 27.00 | | | | |

Habitat for Humanity of Bucks County
539 Jacksonville Rd
Ste 100
Warminster, PA 18974

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/26/2024 | V10215312 |

| TOTAL NET PAY |
|---|
| ******$2,103.54 |

Robert E. Piazza
2428 Purdue Street
Bristol, PA 19007

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Robert E. Piazza** | | | | | | **Habitat for Humanity of Bucks County** |
|---|---|---|---|---|---|---|---|
| Employee #: | 177 | Department | 200 | Period Begin: | 6/24/2024 | Check Date: 7/12/2024 | 539 Jacksonville Rd |
| Clock Number: | | Sub- | 2 | Period End: | 7/7/2024 | Pay Type: Hourly | Ste 100 |
| Company Id: | 4600 | Federal Filing: | Head of | Exemptions: | | Additional Tax: | Warminster, PA 18974 |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V10140615 | $0.00 | $2,752.28 | $2,023.76 | |

### EARNINGS  *Not included in Totals    ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| OT - Overtime | 50.5500 | 0.98 | 49.54 | 3.98 | 193.96 |
| *Dental Pre-Tax | | | 12.05 | 0.00 | 165.77 |
| *LTD ER | | | 1.90 | 0.00 | 22.84 |
| Regular | 33.7000 | 72.20 | 2,433.14 | 1,021.79 | 33,861.39 |
| *Medical Pre-Tax | | | 299.32 | 0.00 | 3,755.20 |
| *Other Rate - Ta | | | 37.28 | 0.00 | 484.64 |
| *Vision Pre-Tax | | | 3.40 | 0.00 | 6.80 |
| Holiday | 33.7000 | 8.00 | 269.60 | 32.00 | 1,048.00 |
| Auto - Fringe | | | 26.42 | 0.00 | 369.88 |
| Vac | | | 0.00 | 40.00 | 1,348.00 |
| Sick | | | 0.00 | 16.00 | 539.20 |
| Retro Pay | | | 0.00 | 8.00 | 269.60 |
| **Total:** | | **81.18** | **2,778.70** | **1,121.77** | **37,630.03** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 168.90 | 2,289.95 |
| MED EE | 39.50 | 535.55 |
| FEDERAL WH | 213.08 | 2,823.59 |
| PA WH | 83.63 | 1,133.90 |
| WARMINSTER | 27.24 | 369.33 |
| PA SUI EE | 1.94 | 26.34 |
| WARMINSTER | 2.00 | 28.00 |
| **Total:** | **536.29** | **7,206.66** |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Health Pre-tax | 52.82 | 668.63 |
| Dental Pre-tax | 1.80 | 26.76 |
| 401K | 0.00 | 127.20 |
| 401K Roth | 137.61 | 1,735.82 |
| **Total:** | **192.23** | **2,558.41** |

### LEAVE ACCRUAL

| Accrual Type | Accrued | Taken | Balance |
|---|---|---|---|
| Floating Holiday | 16.00 | 0.00 | 16.00 |
| Vacation FT | 4.62 | 0.00 | 65.38 |
| Sick FT | 1.85 | 0.00 | 25.15 |

### DISTRIBUTION OF NET PAY

| | Account | Deposit Amount |
|---|---|---|
| Checking | ####7836 | 2,023.76 |

---

Habitat for Humanity of Bucks County
539 Jacksonville Rd
Ste 100
Warminster, PA 18974

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/12/2024 | V10140615 |

| TOTAL NET PAY |
|---|
| ******$2,023.76 |

Robert E. Piazza
2428 Purdue Street
Bristol, PA 19007

**NOT NEGOTIABLE**