**Statement of Earnings For:** Robert E. Piazza

| Employee #: | 177 | Department: | 200 | Period Begin: | 9/2/2024 | Check Date: | 9/20/2024 | Habitat for Humanity of Bucks County |
|---|---|---|---|---|---|---|---|---|
| Clock Number: | | Sub-: | 2 | Period End: | 9/15/2024 | Pay Type: | Hourly | 539 Jacksonville Rd |
| Company Id: | 4600 | Federal Filing: | Head of | Exemptions: | | Additional Tax: | | Ste 100 |
| | | State Filing: | | Exemptions: | | Additional Tax: | | Warminster, PA 18974 |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V10514415 | $0.00 | $2,966.61 | $2,176.39 | |

### EARNINGS
*Not included in Totals   ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| OT - Overtime | 50.5500 | 0.02 | 1.01 | 8.98 | 446.71 |
| *Dental Pre-Tax | | | 12.05 | 0.00 | 226.02 |
| *LTD ER | | | 1.90 | 0.00 | 32.34 |
| Regular | 33.7000 | 80.00 | 2,696.00 | 1,407.79 | 46,869.59 |
| *Medical Pre-Tax | | | 299.32 | 0.00 | 5,251.80 |
| *Other Rate - Ta | | | 37.28 | 0.00 | 671.04 |
| *Vision Pre-Tax | | | 3.40 | 0.00 | 23.80 |
| Auto - Fringe | | | 26.42 | 0.00 | 501.98 |
| Retro Pay | 33.7000 | 8.00 | 269.60 | 16.00 | 539.20 |
| Vac | | | 0.00 | 40.00 | 1,348.00 |
| Sick | | | 0.00 | 16.00 | 539.20 |
| Holiday | | | 0.00 | 40.00 | 1,317.60 |
| **Total:** | | 88.02 | 2,993.03 | 1,528.77 | 51,562.28 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 182.18 | 3,136.81 |
| MED EE | 42.61 | 733.61 |
| FEDERAL WH | 238.80 | 3,893.65 |
| PA WH | 90.21 | 1,553.23 |
| WARMINSTER | 29.38 | 505.92 |
| PA SUI EE | 2.09 | 36.09 |
| WARMINSTER | 2.00 | 38.00 |
| **Total:** | 587.27 | 9,897.31 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Health Pre-tax | 52.82 | 932.73 |
| Dental Pre-tax | 1.80 | 35.76 |
| 401K | 0.00 | 127.20 |
| 401K Roth | 148.33 | 2,425.83 |
| **Total:** | 202.95 | 3,521.52 |

### LEAVE ACCRUAL

| Accrual Type | Accrued | Taken | Balance |
|---|---|---|---|
| Floating Holiday | 0.00 | 0.00 | 16.00 |
| Vacation FT | 4.62 | 0.00 | 88.46 |
| Sick FT | 1.85 | 0.00 | 34.39 |

### DISTRIBUTION OF NET PAY

| | Account: | Deposit Amount: |
|---|---|---|
| Checking | ####7836 | 2,176.39 |

---

Habitat for Humanity of Bucks County
539 Jacksonville Rd
Ste 100
Warminster, PA 18974

Robert E. Piazza
2428 Purdue Street
Bristol, PA 19007

| CHECK DATE | VOUCHER ID |
|---|---|
| 9/20/2024 | V10514415 |

**TOTAL NET PAY**
******$2,176.39

**NOT NEGOTIABLE**

| Statement of Earnings For: | Robert E. Piazza | | | | | | Habitat for Humanity of Bucks County |
|---|---|---|---|---|---|---|---|
| Employee #: 177 | Department 200 | | Period Begin: 8/19/2024 | Check Date: 9/6/2024 | | | 539 Jacksonville Rd |
| Clock Number: | Sub- 2 | | Period End: 9/1/2024 | Pay Type: Hourly | | | Ste 100 |
| Company Id: 4600 | Federal Filing: Head of | | Exemptions: | Additional Tax: | | | Warminster, PA 18974 |
| | State Filing: | | Exemptions: | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V10435685 | $0.00 | $2,840.74 | $2,086.75 | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| OT - Overtime | 50.5500 | 1.53 | 77.34 | 8.96 | 445.70 | SOC SEC EE | 174.37 | 2,954.63 | Health Pre-tax | 52.82 | 879.91 |
| *Dental Pre-Tax | | | 12.05 | 0.00 | 213.97 | MED EE | 40.78 | 691.00 | Dental Pre-tax | 1.80 | 33.96 |
| *LTD ER | | | 1.90 | 0.00 | 30.44 | FEDERAL WH | 223.70 | 3,654.85 | 401K | 0.00 | 127.20 |
| Regular | 33.7000 | 74.00 | 2,493.80 | 1,327.79 | 44,173.59 | PA WH | 86.34 | 1,463.02 | 401K Roth | 142.04 | 2,277.50 |
| *Medical Pre-Tax | | | 299.32 | 0.00 | 4,952.48 | WARMINSTER | 28.13 | 476.54 | | | |
| *Other Rate - Ta | | | 37.28 | 0.00 | 633.76 | PA SUI EE | 2.01 | 34.00 | | | |
| *Vision Pre-Tax | | | 3.40 | 0.00 | 20.40 | WARMINSTER | 2.00 | 36.00 | | | |
| Holiday | 33.7000 | 8.00 | 269.60 | 40.00 | 1,317.60 | | | | | | |
| Auto - Fringe | | | 26.42 | 0.00 | 475.56 | | | | | | |
| Vac | | | 0.00 | 40.00 | 1,348.00 | | | | | | |
| Sick | | | 0.00 | 16.00 | 539.20 | | | | | | |
| Retro Pay | | | 0.00 | 8.00 | 269.60 | | | | | | |
| Total: | | 83.53 | 2,867.16 | 1,440.75 | 48,569.25 | Total: | 557.33 | 9,310.04 | Total: | 196.66 | 3,318.57 |

| LEAVE ACCRUAL | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|
| Accrual Type | Accrued | Taken | Balance | Checking | Account: ####7836 | Deposit Amount: 2,086.75 |
| Floating Holiday | 0.00 | 0.00 | 16.00 | | | |
| Vacation FT | 4.62 | 0.00 | 83.85 | | | |
| Sick FT | 1.85 | 0.00 | 32.54 | | | |

Habitat for Humanity of Bucks County
539 Jacksonville Rd
Ste 100
Warminster, PA 18974

| CHECK DATE | VOUCHER ID |
|---|---|
| 9/6/2024 | V10435685 |

TOTAL NET PAY
******$2,086.75

Robert E. Piazza
2428 Purdue Street
Bristol, PA 19007

NOT NEGOTIABLE

| Statement of Earnings For: | Robert E. Piazza | | | | | Habitat for Humanity of Bucks County |
|---|---|---|---|---|---|---|
| Employee #: 177 | Department 200 | Period Begin: 8/5/2024 | Check Date: 8/23/2024 | | | 539 Jacksonville Rd |
| Clock Number: | Sub- 2 | Period End: 8/18/2024 | Pay Type: Hourly | | | Ste 100 |
| Company Id: 4600 | Federal Filing: Head of | Exemptions: | Additional Tax: | | | Warminster, PA 18974 |
| | State Filing: | Exemptions: | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V10363438 | $0.00 | $2,432.47 | $1,796.03 | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| OT - Overtime | 50.5500 | 0.12 | 6.07 | 7.43 | 368.36 | SOC SEC EE | 149.07 | 2,780.26 | Health Pre-tax | 52.82 | 827.09 |
| *Dental Pre-Tax | | | 12.05 | 0.00 | 201.92 | MED EE | 34.86 | 650.22 | Dental Pre-tax | 1.80 | 32.16 |
| *LTD ER | | | 1.90 | 0.00 | 28.54 | FEDERAL WH | 174.70 | 3,431.15 | 401K | 0.00 | 127.20 |
| Regular | 33.7000 | 72.00 | 2,426.40 | 1,253.79 | 41,679.79 | PA WH | 73.81 | 1,376.68 | 401K Roth | 121.62 | 2,135.46 |
| *Medical Pre-Tax | | | 299.32 | 0.00 | 4,653.16 | WARMINSTER | 24.04 | 448.41 | | | |
| *Other Rate - Ta | | | 37.28 | 0.00 | 596.48 | PA SUI EE | 1.72 | 31.99 | | | |
| *Vision Pre-Tax | | | 3.40 | 0.00 | 17.00 | WARMINSTER | 2.00 | 34.00 | | | |
| Auto - Fringe | | | 26.42 | 0.00 | 449.14 | | | | | | |
| Vac | | | 0.00 | 40.00 | 1,348.00 | | | | | | |
| Sick | | | 0.00 | 16.00 | 539.20 | | | | | | |
| Holiday | | | 0.00 | 32.00 | 1,048.00 | | | | | | |
| Retro Pay | | | 0.00 | 8.00 | 269.60 | | | | | | |
| Total: | | 72.12 | 2,458.89 | 1,357.22 | 45,702.09 | Total: | 460.20 | 8,752.71 | Total: | 176.24 | 3,121.91 |

| LEAVE ACCRUAL | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|
| Accrual Type | Accrued | Taken | Balance | Checking | Account: ####7836 | Deposit Amount: 1,796.03 |
| Floating Holiday | 0.00 | 0.00 | 16.00 | | | |
| Vacation FT | 4.62 | 0.00 | 79.23 | | | |
| Sick FT | 1.85 | 0.00 | 30.69 | | | |

Habitat for Humanity of Bucks County
539 Jacksonville Rd
Ste 100
Warminster, PA 18974

| CHECK DATE | VOUCHER ID |
|---|---|
| 8/23/2024 | V10363438 |

| TOTAL NET PAY |
|---|
| ******$1,796.03 |

Robert E. Piazza
2428 Purdue Street
Bristol, PA 19007

**NOT NEGOTIABLE**

| Statement of Earnings For: | Robert E. Piazza | | | | | Habitat for Humanity of Bucks County |
|---|---|---|---|---|---|---|
| Employee #: 177 | Department: 200 | | Period Begin: 7/22/2024 | Check Date: 8/9/2024 | | 539 Jacksonville Rd |
| Clock Number: | Sub- 2 | | Period End: 8/4/2024 | Pay Type: Hourly | | Ste 100 |
| Company Id: 4600 | Federal Filing: Head of | | Exemptions: | Additional Tax: | | Warminster, PA 18974 |
| | State Filing: | | Exemptions: | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V10288936 | $0.00 | $2,696.00 | $1,983.68 | |

EARNINGS    *Not included in Totals    ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description (TAXES) | Current | YTD | Description (DEDUCTIONS) | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Dental Pre-Tax | | | 12.05 | 0.00 | 189.87 | SOC SEC EE | 165.40 | 2,631.19 | Health Pre-tax | 52.82 | 774.27 |
| *LTD ER | | | 1.90 | 0.00 | 26.64 | MED EE | 38.68 | 615.36 | Dental Pre-tax | 1.80 | 30.36 |
| Regular | 33.7000 | 80.00 | 2,696.00 | 1,181.79 | 39,253.39 | FEDERAL WH | 206.33 | 3,256.45 | 401K | 0.00 | 127.20 |
| *Medical Pre-Tax | | | 299.32 | 0.00 | 4,353.84 | PA WH | 81.90 | 1,302.87 | 401K Roth | 134.80 | 2,013.84 |
| *Other Rate - Ta | | | 37.28 | 0.00 | 559.20 | WARMINSTER | 26.68 | 424.37 | | | |
| *Vision Pre-Tax | | | 3.40 | 0.00 | 13.60 | PA SUI EE | 1.91 | 30.27 | | | |
| Auto - Fringe | | | 26.42 | 0.00 | 422.72 | WARMINSTER | 2.00 | 32.00 | | | |
| OT - Overtime | | | 0.00 | 7.31 | 362.29 | | | | | | |
| Vac | | | 0.00 | 40.00 | 1,348.00 | | | | | | |
| Sick | | | 0.00 | 16.00 | 539.20 | | | | | | |
| Holiday | | | 0.00 | 32.00 | 1,048.00 | | | | | | |
| Retro Pay | | | 0.00 | 8.00 | 269.60 | | | | | | |
| **Total:** | | 80.00 | 2,722.42 | 1,285.10 | 43,243.20 | **Total:** | 522.90 | 8,292.51 | **Total:** | 189.42 | 2,945.67 |

LEAVE ACCRUAL

| Accrual Type | Accrued | Taken | Balance |
|---|---|---|---|
| Floating Holiday | 0.00 | 0.00 | 16.00 |
| Vacation FT | 4.62 | 0.00 | 74.62 |
| Sick FT | 1.85 | 0.00 | 28.85 |

DISTRIBUTION OF NET PAY

| | Account | Deposit Amount |
|---|---|---|
| Checking | ####7836 | 1,983.68 |

Habitat for Humanity of Bucks County
539 Jacksonville Rd
Ste 100
Warminster, PA 18974

| CHECK DATE | VOUCHER ID |
|---|---|
| 8/9/2024 | V10288936 |

**TOTAL NET PAY**
******$1,983.68

Robert E. Piazza
2428 Purdue Street
Bristol, PA 19007

**NOT NEGOTIABLE**