IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------x
In re                                            :
                                                 :        Chapter 13
                                                 :
       ROBERT E. PIAZZA, JR.                     :
                                                 :
                                                 :
                                                 :        Case No.  24-13102 (DJB)
                                       Debtor.   :
-------------------------------------------------x
```

## ENTRY OF APPEARANCE OF THE CITY OF PHILADELPHIA COMBINED WITH DEMAND FOR SERVICE OF PAPERS

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly enter the appearance of PAMELA ELCHERT THURMOND, Esquire as counsel of record for creditor The City of Philadelphia and/or Water Revenue Bureau, where applicable, in the above-captioned matter.

PLEASE TAKE NOTICE that the City of Philadelphia and/or Water Revenue Bureau, (the "City"), a creditor and party-in-interest in the above-captioned case, hereby appears in the above-captioned case by its counsel, Pamela Elchert Thurmond, Senior Attorney; such counsel hereby enters their appearance pursuant to Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") and Fed. R. Bankr. P. 9010 (b), and such counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 3017, 9007 and § 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the captioned case and served upon the City and to the attorney at the address and telephone number set forth below.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Creditor's rights: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Creditor is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor expressly reserves.

                                    Respectfully submitted,

                                    THE CITY OF PHILADELPHIA

Dated: March 7, 2025                By: */s/ Pamela Elchert Thurmond*
                                              PAMELA ELCHERT THURMOND
                                              Senior Attorney
                                              PA Attorney I.D. 202054
                                              Attorney for the City of Philadelphia
                                                    and/or
                                              Water Revenue Bureau
                                              City of Philadelphia Law Department
                                              Municipal Services Building
                                              1401 JFK Boulevard, 5th Floor
                                              Philadelphia, PA  19102-1595
                                              215-686-0508 (phone)
                                              Email: Pamela.Thurmond@phila.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------x
In re                                            :
                                                 :       Chapter 13
                                                 :
                                                 :
       ROBERT E. PIAZZA, JR.                     :
                                                 :
                                                 :
                                                 :       Case No.  24-13102 (DJB)
                            Debtor.              :
-------------------------------------------------x
```

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Entry of Appearance of the City of Philadelphia was served by the means designated below, on the date set forth below, upon the following parties:

<u>Via ECF Filing:</u>

| | |
|---|---|
| Chapter 13 Trustee | United States Trustee |
| Office of the Chapter 13 Standing Trustee | Office of United States Trustee |
| Kenneth E. West | Robert N.C. Nix Federal Building |
| 190 N. Independence Mall West – Suite 701 | 900 Market Street – Suite 320 |
| Philadelphia, PA 19106 | Philadelphia, PA 19107 |

PAUL H. YOUNG, ESQ.
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Rd. – Suite 102
Bensalem, PA 19020

<u>Via USPS Mail Delivery:</u>
Robert E. Piazza, Jr.
2428 Purdue Street
Bristol, PA 19007

                                                     Respectfully submitted,

Date: March 7, 2025                           By: */s/ Pamela Elchert Thurmond*
                                                     PAMELA ELCHERT THURMOND
                                                     Senior Attorney
                                                     PA Attorney I.D. 202054